BAY POINT MILL COMPANY, A CORPORATION, *Appellent*, v. A. E. MORRIS, A. B. MORRIS, L. L. SHAW AND J. L. CLARY, *Appellees*.

Division B.

Decision Filed January 5, 1925.

Petition for Rehearing Denied February 18, 1925.

An Appeal from the Circuit Court for Okaloosa County, D. J. Jones, Judge.

*Watson & Pasco*, for Appellant;

*William Fisher*, for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspcted, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

On Petition for Rehearing.

PER CURIAM.—The decree herein was affirmed because it appeared that even if appellant's claim was not affected by laches the muniment of appellees' title, *viz*, a convey-

ance from husband to wife was for a valuable consideration, and was not void.

Rehearing denied.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.